1 | STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
2 | LISA M. SIMONETTI (State Bar No. 165996)
JOSEPH A. ESCAREZ (State Bar No. 266644)
3 | 2029 Century Park East
Los Angeles, CA  90067-3086
4 | Telephone: 310-556-5800
Facsimile: 310-556-5959
5 | Email: *lacalendar@stroock.com*

6 | Attorneys for Defendants
   CHASE BANK USA, N.A. and
7 | JPMORGAN CHASE & CO., erroneously sued as
   JPMORGAN CHASE BANK

8

9 | **UNITED STATES DISTRICT COURT**

10 | **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | JENELLE HARRIS,                         )   Case No. CV12-2873 EDL
                                            )
13 |         Plaintiff,                     )
                                            )
14 |     v.                                 )
                                            )   **STIPULATION TO CONTINUE INITIAL**
15 | AMERICAN EXPRESS COMPANY,               )   **CASE MANAGEMENT CONFERENCE**
    AMERICAN EXPRESS CENTURION BANK,        )   **AND SUBMISSION OF JOINT CASE**
16 | CHASE BANK USA NATIONAL                 )   **MANAGEMENT STATEMENT**
    ASSOCIATION, JPMORGAN CHASE BANK,       )   **AND ORDER**
17 | HSBC BANK USA NATIONAL                  )
    ASSOCIATION, HSBC CARD SERVICES         )   Action Filed:  April 25, 2012
18 | INC., HSBC CREDIT CENTER, INC., HSBS    )   Trial Date:  None Set
    FINANCE CORPORATION, HSBC GLOBAL        )
19 | ASSET MANAGEMENT (USA) INC., BEST       )
    BUY CO INC., and DOES 1-50,             )
20 |                                         )
            Defendants.                     )
21 | _____ )

22

23

24

25

26

27

28

WHEREAS, on April 25, 2012, plaintiff Jenelle Harris ("Plaintiff") filed the Complaint in the Superior Court for the State of California, County of Sonoma, Case No. SCV251541 (the "Action");

WHEREAS, Defendants removed the Action to this Court on June 1, 2012;

WHEREAS, a Joint Case Management Statement is due August 28, 2012 and the Initial Case Management Conference ("CMC") is currently set for September 4, 2012 at 3:00 p.m.;

WHEREAS, on June 11, 2012, the Court granted the parties' stipulation for plaintiff Jenelle Harris ("Plaintiff") to file a First Amended Complaint ("FAC") within 10 days and to extend the time for defendants Chase Bank USA, N.A. and JPMorgan Chase & Co., erroneously sued as JPMorgan Chase Bank, (together, "Defendants") to respond to the FAC to August 10, 2012;

WHEREAS, plaintiff Jenelle Harris ("Plaintiff") filed the FAC on June 18, 2012;

WHEREAS, Defendants filed a Motion to Dismiss the FAC on August 10, 2012 (the "Motion") and the hearing on the Motion is set for September 25, 2012 at 9:00 a.m.;

WHEREAS, the parties are currently engaged in settlement discussions;

WHEREAS, the parties have agreed extend the time to submit a Joint Case Management Statement from August 28, 2012 to October 2, 2012 and continue the CMC from September 4, 2012 to October 9, 2012;

WHEREAS, because the Motion may dispose of this action entirely and is scheduled to be heard on September 25, 2012, and in light the parties' current settlement negotiations, good cause exists to extend the time to submit a Joint Case Management Statement to October 2, 2012 and continue the CMC to October 9, 2012; and

WHEREAS, this Stipulation is entered into in good faith and not for purposes of delay.

- 1 -

LA 51572499v1

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that the parties shall submit a Joint Case Management Statement on October 2, 2012, and the CMC shall be continued to October 9, 2012 at 3:00 p.m.

Dated: August 16, 2012

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
JOSEPH A. ESCAREZ

By: _____/s/ Joseph A. Escarez_____
　　　　　Joseph A. Escarez

Attorneys for Defendants
　　CHASE BANK USA, N.A. and
　　JPMORGAN CHASE & CO., erroneously
　　sued as JPMORGAN CHASE BANK

Dated: August 16, 2012

LAW OFFICES OF BRIAN A. BARBOZA
BRIAN A. BARBOZA

LAW OFFICE OF THOMAS F. JEFFREY
THOMAS F. JEFFREY

By: _____/s/ Brian A. Barboza_____
　　　　　Brian A. Barboza

Attorneys for Plaintiff
　　JENELLE HARRIS

- 2 -

STIPULATION TO CONTINUE CMC
Case No. CV12-2873 EDL

LA 51572499v1

**ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, and good cause appearing, that:

The parties shall submit a Joint Case Management Statement on October 2, 2012 and the Initial Case Management Conference shall be continued to October 9, 2012 at 3:00 p.m.

**IT IS SO ORDERED.**

DATED:  August 20, 2012



The Honorable Elizabeth D. Laporte
United States Magistrate Judge

LA 51572499v1

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 16, 2012, I electronically filed the foregoing **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND SUBMISSION OF JOINT CASE MANAGEMENT STATEMENT** with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants.

                                            /s/ Joseph A. Escarez
                                              Joseph A. Escarez

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086