IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENELLE HARRIS, | No. C -12-02873(EDL) |
| Plaintiff, | **ORDER REGARDING NOTICE OF SETTLEMENT** |
| v. | |
| AMERICAN EXPRESS CO, | |
| Defendant. | |

Plaintiff's original complaint, removed to this Court on June 1, 2012, brought claims against Defendants American Express Company, American Express Centurion Bank (collectively the "AmEx Defendants"), Chase Bank USA N.A., JPMorgan Chase & Co. (erroneously sued as JPMorgan Chase Bank) (collectively the "Chase Defendants"), HSBC Bank USA National Association, HSBC Card Services, Inc., HSBC Credit Center, Inc., HSBC Finance Corporation, HSBC Global Asset Management USA Inc., HSBC Bank of Nevada N.A., and Best Buy Co., Inc. (collectively the "HSBC Defendants"). Before any defendant answered or otherwise responded, on June 18, 2012 Plaintiff filed a first amended complaint naming only American Express Company, American Express Centurion Bank, Chase Bank USA N.A., JPMorgan Chase & Co. (erroneously sued as JPMorgan Chase Bank), HSBC Card Services, Inc., and HSBC Bank of Nevada N.A. as defendants. Plaintiff voluntarily dismissed the AmEx Defendants on June 28, 2012. Dkt. #12. On August 2, 2012, Plaintiff filed a "Notice of Settlement" as to the HSBC Defendants stating that the settlement is expected to be executed within a "reasonable amount of time." Dkt. #13. The HSBC Defendants have not appeared or consented to this Court's jurisdiction. On August 28, 2012, Plaintiff filed a "Notice of Settlement" as to the Chase Defendants, stating that the settlement is expected to be finalized within 30 days. Dkt. #22. Plaintiff and the Chase Defendants consent to

this Court's jurisdiction.

In light of the foregoing, the motion hearing set for September 25, 2012 is hereby vacated. Plaintiff shall voluntarily dismiss the remaining Chase and HSBC Defendants by no later than October 3, 2012, or provide the Court with an update on the status of the case by that date.

IT IS SO ORDERED.

Dated: August 29, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge

2