1   STROOCK & STROOCK & LAVAN LLP
    JULIA B. STRICKLAND (State Bar No. 083013)
2   LISA M. SIMONETTI (State Bar No. 165996)
    JOSEPH A. ESCAREZ (State Bar No. 266644)
3   2029 Century Park East, Suite 1600
    Los Angeles, California  90067-3086
4   Telephone:  310-556-5800
    Facsimile:  310-556-5959
5   Email:  *lacalendar@stroock.com*

6   Attorneys for Defendant
      CHASE BANK USA, N.A., and
7     JPMORGAN CHASE & CO., erroneously sued as
      JPMORGAN CHASE BANK
8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12  JENELLE HARRIS,                              )   Case No. CV12-2873 EDL
                                                 )
            Plaintiff,                           )   [Assigned to the Hon. Elizabeth D. Laporte]
13                                               )
          vs.                                    )
14                                               )
    AMERICAN EXPRESS COMPANY,                    )   **STIPULATION OF DISMISSAL WITH**
15  AMERICAN EXPRESS CENTURION BANK,             )   **PREJUDICE**
    CHASE BANK USA NATIONAL                      )
16  ASSOCIATION, JPMORGAN CHASE BANK,            )   [Fed. R. Civ. P. 41(a)(1)(A)(ii)]
    HSBC BANK USA NATIONAL                       )
17  ASSOCIATION, HSBC CARD SERVICES              )
    INC., HSBC CREDIT CENTER, INC., HSBS         )
18  FINANCE CORPORATION, HSBC GLOBAL             )
    ASSET MANAGEMENT (USA) INC., BEST            )
19  BUY CO INC., and DOES 1-50,                  )
                                                 )
20          Defendants.                          )
                                                 )
21  _____       )

22

23

24

25

26

27

28

LA 51588565

1    **IT IS HEREBY STIPULATED** by and between plaintiff Jenelle Harris, by her attorneys,

2  on the one hand, and defendants Chase Bank USA, N.A. and JPMorgan Chase & Co., erroneously

3  sued as JPMorgan Chase Bank (together, "Defendants"), through their counsel of record, on the

4  other hand, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action as against

5  Defendants shall be, and is, dismissed **WITH PREJUDICE** in its entirety, and all parties shall

6  bear their own attorneys' fees and costs as to the dismissed claims.

7    **IT IS SO STIPULATED.**

8  Dated:  October 2, 2012                    STROOCK & STROOCK & LAVAN LLP
9                                             JULIA B. STRICKLAND
                                              LISA M. SIMONETTI
10                                            JOSEPH A. ESCAREZ

11

12                                            By:            /s/ Lisa M. Simonetti
                                                               Lisa M. Simonetti
13

14                                            Attorneys for Defendants
                                                  CHASE BANK USA, N.A., and
15                                                JPMORGAN CHASE & CO., erroneously
                                                  sued as JPMORGAN CHASE BANK
16

17 Dated:  October 2, 2012                    LAW OFFICES OF BRIAN A. BARBOZA
                                              BRIAN A. BARBOZA
18
                                              LAW OFFICE OF THOMAS F. JEFFREY
19                                            THOMAS F. JEFFREY

20

21

22                                            By:            /S/ Brian Barboza
                                                               Brian A. Barboza
23
                                              Attorneys for Plaintiff
24                                                JENELLE HARRIS

25

26

27

28

-1-
STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. CV12-2873 EDL

LA 51588565

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California  90067-3086