Brian A, Barboza Esq. SBN 257423
LAW OFFICES OF BRIAN A. BARBOZA
1260 N. Dutton Ave #135
Santa Rosa, CA 95401
Telephone: (707) 527-8553
Facsimile: (707) 542-5655

Thomas F. Jeffrey SBN 110974
LAW OFFICE OF THOMAS F. JEFFREY
1400 N. Dutton Avenue, Suite 21
Santa Rosa, CA 95401-4643
Telephone: (707) 543-8530
Facsimile: (707) 543-8549

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENELLE HARRIS, | Case No. C 12-02873 EDL |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** |
| AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS CENTURION BANK, CHASE BANK USA NATIONAL ASSOCIATION, JPMORGAN CHASE BANK, HSBC CARD SERVICES INC., HSBC BANK OF NEVADA N.A. Defendants. | |

Plaintiff hereby dismisses defendants HSBC Retail Services Inc., erroneously sued as HSBC Bank USA National Association, HSBC Card Services Inc., HSBC Credit Center Inc., HSBC Finance Corporation, HSBC Global Asset Management (USA) Inc. and Best Buy Co Inc. (together, "Defendants") with prejudice.

Dated: 10/02/2012.

/S/Brian A. Barboza
Brian A. Barboza, Esq.
Attorney for Plaintiff