Brian A, Barboza Esq. SBN 257423
LAW OFFICES OF BRIAN A. BARBOZA
1260 N. Dutton Ave #135
Santa Rosa, CA 95401
Telephone: (707) 527-8553
Facsimile:  (707) 542-5655

Thomas F. Jeffrey SBN 110974
LAW OFFICE OF THOMAS F. JEFFREY
1400 N. Dutton Avenue, Suite 21
Santa Rosa, CA 95401-4643
Telephone: (707) 543-8530
Facsimile: (707) 543-8549

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENELLE HARRIS,                       ) | Case No. C 12-02873 EDL |
|                                       ) | |
|             Plaintiff,                ) | |
|                                       ) | |
|         v.                            ) | **NOTICE OF DISMISSAL** |
|                                       ) | |
| AMERICAN EXPRESS COMPANY,             ) | |
| AMERICAN EXPRESS CENTURION            ) | |
| BANK, CHASE BANK USA NATIONAL         ) | |
| ASSOCIATION, JPMORGAN CHASE           ) | |
| BANK, HSBC CARD SERVICES INC.,          | |
| HSBC BANK OF NEVADA N.A.                | |
|             Defendants.                 | |

Plaintiff hereby dismisses defendant HSBC Bank of Nevada N.A., with prejudice. At this time all Defendants have been dismissed and the case should be terminated.

Dated: 10/03/2012.

/S/Brian A. Barboza
Brian A. Barboza, Esq.
Attorney for Plaintiff